# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

GRACE E. LA

vs

ANDRÁ LEONARD ALLEN;
FOREVER DIAMONDS, a business
entity of unknown origin, and DOES
1 through 50, inclusive

SUMMONS IN A CIVIL ACTION
Case No. 08 CV 0532 WQH WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

CHRISTENSEN SCHWERDTFEGER & SPATH, LLP
Sean D. Schwerdtfeger, Esq. (SBN 179521); Anna R. Salusky, Esq. (SBN 222484)
550 West C Street, Suite 1660, San Diego, CA 92101
Tel.: (619) 236-9343; Fax: (619) 236-8307

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

3/21/08
DATE

By C. PUTTMANN, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)