Timothy P. Dillon, Esq. (SBN 190839)
Dillon & Gerardi, APC
4660 La Jolla Village Drive, Suite 775
San Diego, CA 92122
Telephone: (858) 587-1800
Facsimile: (858) 587-2587

Attorneys for Defendants, Andra Leonard Allen and Forever Diamonds

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE E. LA, | Case No.: 08-CV-0532 WQH WMc |
| Plaintiff, | JOINT MOTION TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | |
| ANDRA LEONARD ALLEN; FOREVER DIAMONDS, a business entity of unknown origin, and DOES 1 through 50. inclusive, | |
| Defendants. | |

WHEREAS, on March 21, 2008, Plaintiff filed its Complaint in this Court;

WHEREAS, on or about April 3, 2008, Defendant, Andra Leonard Allen ("Allen") was personally served with Plaintiff's Complaint, such that an answer or other response to Plaintiff's Complaint is due by Allen on or before April 23, 2008;

WHEREAS, on or about April 10, 2008, Defendant, Forever Diamonds was served with Plaintiff's Complaint, such that an answer or other response to Plaintiff's Complaint is due by Forever Diamonds on or before April 30, 2008;

WHEREAS, Local Rule 8-3 provides that parties may stipulate to extend the time within which to answer or otherwise respond to an initial complaint by not more than thirty (30) days without the approval of the Court;

WHEREAS, the Parties mutually desire an extension of time until and including May 9, 2008

1 | for Defendants to file a responsive pleading to Plaintiff's Complaint;

2 | WHEREAS, Defendants, by filing this stipulation, reserve all rights to contest jurisdiction and any and all other defenses they may allege.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff and Defendants, through her and their respective attorneys of record, as follows:

The date by which Defendant must answer or otherwise respond to Plaintiff's Complaint shall be extended until May 9, 2008.

**IT IS SO STIPULATED.**

Dated: April 23, 2008

DILLON & GERARDI, APC

_____
Timothy P. Dillon, Esq.,
Attorneys for Defendants,
Andra Leonard Allen and Forever Diamonds

Dated: April 23, 2008

CHRISTENSEN SCHWERTDFEGER & SPATH LLP

_____
Charles Christensen
Attorneys for Plaintiff,
Grace E. La