# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE E. LA, <br><br> Plaintiff, <br> vs. <br><br> ANDRA LEONARD ALLEN; FOREVER DIAMONDS, a business entity of unkownn origin, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 08CV532 WQH (WMc) <br><br> ORDER GRANTING JOINT MOTION TO EXTEND TIME TO ANSWER OR RESPOND TO THE COMPLAINT |

HAYES, Judge:

On March 21, 2008, Plaintiff Grace E. La filed the Complaint in this matter against Defendants Andra Leonard Allen and Forever Diamonds. (Doc. # 1). On April 23, 2008, the parties filed a joint motion to extend the time that Defendants have to answer or otherwise respond to the Complaint. (Doc. # 3)

Good cause appearing, the joint motion (Doc. #3) is GRANTED. Defendants shall answer or otherwise respond to the Complaint on or before May 9, 2008.

**IT IS SO ORDERED**.

DATED: April 25, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge