1  Timothy P. Dillon, Esq. (SBN 190839)
   Nadya Y. Spivack, Esq. (SBN 222595)
2  Dillon & Gerardi, APC
   4660 La Jolla Village Drive
3  Suite 775
   San Diego, CA 92122
4  Telephone: (858) 587-1800
   Facsimile: (858) 587-2587
5

6  Attorneys for Defendants, Andra Leanord Allen and Forever Diamonds

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  GRACE E. LA                          )  Case No.: 08 CV 0532WQH WMc
                                         )
12  v.                                   )  DECLARATION OF ANDRA ALLEN IN
                                         )  SUPPORT OF MOTION TO DISMISS
13  ANDRA LEONARD ALLEN;                 )  FOR LACK OF PERSONAL
    FOREVER DIAMONDS, a business entity of )  JURISDICTION AND VENUE OR, IN
14  unknown origin, and DOES 1 though 50, )  THE ALTERNATIVE, TO TRANSFER
    inclusive                            )  VENUE; MOTION TO DISMISS FOR
15                                       )  FAILURE TO STATE A CLAIM AND
                                         )  MOTION TO STRIKE
16                                       )  **[Fed. Rules of Civ. Proc. 12(b)(2);**
                                         )  **12(b)(3); 12(b)(6); and 12(f); 28 U.S.C.**
17                                       )  **§§1404 and 1406]**
                                         )
18                                       )  DATE: JUNE 16, 2008
                                         )  TIME: 11:00 AM
19                                       )  DEPT: 4
                                         )  JUDGE: Hon. William Q. Hayes
20                                       )
                                         )  COMPLAINT FILED: March 21, 2008
21                                       )  TRIAL: none set
                                         )
22                                       )  **NO  ORAL  ARGUMENT  UNLESS**
                                         )  **REQUESTED BY THE COURT**
23                                       )

24      I, Andra Allen, hereby declare:

25      1.    I am over the age of eighteen. I am the named defendant in the above referenced matter.

26  ///

2.     All of the matters stated herein are of my own personal knowledge and, if sworn as a witness, I could competently testify to the matters stated herein, except as to those matters I declare on information and belief.

3.     Forever Diamonds is the sole proprietorship through which I operate a wholesale jewelry business in Las Vegas, Nevada under the same name.  Forever Diamonds does not have a website, and does not advertise outside of Las Vegas, Nevada.  To the extent Forever Diamonds has customers outside of the State of Nevada, those individuals typically were introduced to me while they were in Las Vegas.

4.     Attached herewith as Exhibit "A" is a true and correct copy of my redacted 1040, containing a Schedule C, supporting the fact that Forever Diamonds is my sole proprietorship.[1]  In addition, attached hereto as Exhibit "B" is a true and correct copy of my fictitious business name filing for Nevada.

5.     As a sole proprietorship, I have never attempted to sell "shares" or any equity interest in my "business" to Plaintiff or any other person.

6.     In or around June 2005, I moved from Las Vegas, Nevada to San Jose, California.  I continued to maintain customers in Las Vegas for a period of time, but those customer contacts and relationships have dwindled down over time to the point where there is almost no business done through Forever Diamonds at this time.

7.     In early 2006 I met Grace E. La ("La").  At the time, both of us were in the process of separating from our respective spouses.  La and I met and began a relationship that lasted for several months.

8.     From the start, our relationship was filled with ups and downs.  Between January 2006 and October 2006, we "broke up" and got back together numerous time.

9.     On or about October 16, 2006, I permanently moved to Austin, Texas, when I closed on the purchase of my home.  Texas has been my permanent residence ever since.  Attached herewith as Exhibit "C" are true and correct redacted copies of my energy bills.

---

[1] The information which is redacted relate to my personal information including my total income, social security number and other confidential information.

DECLARATION OF ANDRA ALLEN IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE; MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE

10.    Since leaving San Jose, California, I have returned to the State on a handful of occasions (in Northern California), primarily for personal reasons. On two or three occasions I visited Plaintiff in San Jose at the end of our relationship.

11.    Shortly after I moved to Texas, La asked me if she could move to Texas to be closer to me. Because of our rocky relationship, I negated the suggestion and La broke up with me again.

12.    In or around November 2006, La's husband moved to San Diego.

13.    In an attempt to reconcile with me, on or about November 14, 2006, La offered to pay for my flight to San Jose for the weekend. There was no discussion of these funds being used for a loan. La obtained a hotel in her name and purchased/reimbursed me for the plane ticket.

14.    I am informed and believe that in December 2006, as part of her divorce negotiations with her husband, La and her husband sold their home in San Jose, California. I am further informed and believe that La and her husband split the equity in the house and La's portion was approximately $200,000.

15.    On or about February 3, 2007, La gave me $105,000. I repeatedly questioned her motives for giving me the money, but La claimed that "because we were going to be together, she might as well." I insisted that she put the money in a CD; however, La was adamant that I take the money.

16.    On or about February 5, 2007, La went to a local Bank of America branch in San Jose, California and wired $105,000 to my account in Texas.

17.    On or about February 26, 2007, La wired me an additional $75,000 from her account into my personal bank account.

18.    At all times, I understood La's payments to be gifts. We never discussed repayment terms, interest on the money, or "shares" in Forever Diamonds, a business that is not a legal entity distinct from myself.

19.    In or around April 2007, La reconciled with her husband, stopped the divorce proceedings, and moved to San Diego with her husband.

///

///

3

20.    At no times whatsoever have Defendants ever resided or domiciled themselves in San Diego.  At no time during the relevant dates of Plaintiff's complaint have Defendants visited San Diego.

21.    On March 21, 2008, Plaintiff filed the instant complaint.

I declare under penalty of perjury under the laws of the United States and the State of California that the forgoing is true and correct.  Executed this 9th day of May, 2008 in Austin, Texas.

Andra Allen, Declarant

DECLARATION OF ANDRA ALLEN IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE; MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE