EXHIBITS TO DECLARATION OF ANDRA ALLEN IN SUPPORT OF
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION
TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VENUE OR IN
THE ALTERNATIVE TO TRANSFER VENUE, MOTION TO DISMISS FOR
FAILURE TO STATE A CLAIM AND MOTION TO STRIKE
[Fed. Rules of Civ. Proc. 12(b)(2); 12(b)(3); 12(b)(6); and 12(f); 28 U.S.C. §§1404 and 1406]

## TABLE OF CONTENTS

| EXHIBIT | DOCUMENT | PAGE |
|---------|----------|------|
| A | A true and correct copy of my redacted 1040, containing a Schedule C, supporting the fact that Forever Diamonds is my sole proprietorship | 1-2 |
| B | A true and correct copy of my fictitious business name filing for Nevada | 3-5 |
| C | True and correct redacted copies of my energy bills | 6-8 |

i    08cv0532WQH WMc

EXHIBITS TO DECLARATION OF ANDRA ALLEN IN SUPPORT OF MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VENUE OR IN THE
ALTERNATIVE TO TRANSFER VENUE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIK
[Fed. Rules of Civ. Proc. 12(b)(2); 12(b)(3); 12(b)(6); and 12(f); 28 U.S.C. §§1404 and 1406]

**EXHIBIT A**

# SCHEDULE C
## (Form 1040)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or 1041.    ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2004**

Attachment Sequence No. **09**

Department of the Treasury
Internal Revenue Service

| | |
|---|---|
| Name of proprietor<br>ANDRA L ALLEN | Social security number (SSN) |

**A** Principal business or profession, including product or service (see page C-2 of the instructions)
DIAMOND SALES : DIAMOND JEWELRY

**B** Enter code from pages C-7, 8, & 9 ▶ 448310

**C** Business name. If no separate business name, leave blank.
FOREVER DIAMONDS

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ 7500 W LAKE MEAD DRIVE
City, town or post office, state, and ZIP code  LAS VEGAS, NV 89128

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2004? If "No," see page C-3 for limit on losses  [X] Yes [ ] No

**H** If you started or acquired this business during 2004, check here ▶ [ ]

### Part I  Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ [ ] | 1 |
| 2 | Returns and allowances | 2 |
| 3 | Subtract line 2 from line 1 | 3 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | 8 | 19 Pension and profit-sharing plans | 19 | |
| 9 | Car and truck expenses (see page C-3) | 9 | 20 Rent or lease (see page C-5): | | |
| | | | a Vehicles, machinery, and equipment | 20a | |
| 10 | Commissions and fees | 10 | b Other business property | 20b | |
| 11 | Contract labor (see page C-4) | 11 | 21 Repairs and maintenance | 21 | |
| 12 | Depletion | 12 | 22 Supplies (not included in Part III) | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | 23 Taxes and licenses | 23 | |
| | | | 24 Travel, meals, and entertainment: | | |
| | | | a Travel | 24a | |
| | | | b Meals and entertainment | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | c Enter nondeductible amount included on line 24b (see page C-5) | | |
| 15 | Insurance (other than health) | 15 | | | |
| 16 | Interest: | | | | |
| a | Mortgage (paid to banks, etc.) | 16a | | | |
| b | Other | 16b | d Subtract line 24c from line 24b | 24d | |
| 17 | Legal and professional services | 17 | 25 Utilities | 25 | |
| | | | 26 Wages (less employment credits) | 26 | |
| 18 | Office expense | 18 | 27 Other expenses (from line 48 on page 2) | 27 | |

**28** Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 |

**29** Tentative profit (loss). Subtract line 28 from line 7 | 29 |
**30** Expenses for business use of your home. Attach **Form 8829** | 30 |
**31** Net profit or (loss). Subtract line 30 from line 29.
  • If a profit, enter on **Form 1040, line 12**, and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on **Form 1041, line 3**.
  • If a loss, you **must** go to line 32. | 31 |

**32** If you have a loss, check the box that describes your investment in this activity (see page C-6).
  • If you checked 32a, enter the loss on **Form 1040, line 12**, and also on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on **Form 1041, line 3**.
  • If you checked 32b, you **must** attach **Form 6198**.

32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk.

KBA  For Paperwork Reduction Act Notice, see Form 1040 Instructions.    Schedule C (Form 1040) 2004

1040-Sch C (2004)    FDC-1V 1.9
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

EXHIBIT B

# Certificate of Business: Fictitious Firm Name

Please Select One:
- [ ] New Application
- [x] Renewal of existing fictitious firm name

**Please Print or Type**

FILED
2007 OCT 30 P 2:53

The expiration date for such certificates shall be the last day of the sixtieth month from the date of filing.

The undersigned do/does hereby certify that __ANDRA ALLEN__
(Name of individual, corporation, partnership or trust)

with mailing address of __7500 W. LAKE MEAD BLVD STE 111__, __LAS VEGAS__ __NV__, __89128__
(Mailing Address for notification of renewal) (Street) (City) (State) (Zip)

is/are conducting business in Clark County, Nevada, under the fictitious name of

__FOREVER DIAMONDS__
(Fictitious Firm Name) or (Doing Business As)

and that said firm is composed of the following person(s) whose name(s) and address(es) are as follows:

By signing below I do solemnly swear (or affirm), under penalty of perjury, that all statements made in this document are true.

(1) __ANDRA ALLEN, PRESIDENT__   Signature _[signed]_   Date __10/25/07__
Full Name and title (Type or Print)

__7500 W. LAKEMEAD BLVD SUITE 111, LAS VEGAS, NV 89128__
Street Address of Business or Residence   City, State, Zip

Mailing Address, if different from above   City, State, Zip

(2) _____
Full Name and title (Type or Print)   Signature   Date

Street Address of Business or Residence   City, State, Zip

Mailing Address, if different from above   City, State, Zip

(3) _____
Full Name and title (Type or Print)   Signature   Date

Street Address of Business or Residence   City, State, Zip

Mailing Address, if different from above   City, State, Zip

(4) _____
Full Name and title (Type or Print)   Signature   Date

Street Address of Business or Residence   City, State, Zip

Mailing Address, if different from above   City, State, Zip

Mail to: Shirley B. Parraguirre, County Clerk, Attn. FFN, P.O. Box 551604, Las Vegas NV 89155-1604
Include: Filing Fee of $20.00, 2 copies and self-addressed stamped envelope

111706

# NEVADA BUSINESS REGISTRATION

Please read instructions before completing this form. Information on this form must be printed or typed. Please understand that each agency may request additional information particular to the needs of your business in order to act on your application. The completion of this form does not relieve you of any statutory or regulatory requirements relating to your business.

1. ☐ New Business ☐ Change in Ownership ☐ Change in Location ☐ Change in Name ☐ Change in Corporate Officers ☐ Change in Mail Address ☐ Other

2. **Corporate Name:** Corporate Telephone: ( )
3. **Federal Tax Identification Number:**
4. **Corporate Address:** State of Incorporation:
5. **Doing Business in Nevada as:** FOREVER DIAMONDS  Business Telephone: (702) 378-4367  Cellular Telephone: (702) 274-7079  Fax: ( )
6. **Mailing Address:** 7500 W LAKE MEAD ST #111 LV NV 89128
7. **Location(s) of Business Operations:** ↑ SAME ↑
8. **Location of Business Records:** 7500 W LAKE MEAD ST #111 LV NV 89128  Telephone #: (702) 274-7079
9. **Type of Business Entity:** ☒ Sole Proprietor ☐ S Corp. ☐ Publicly Traded Corp. ☐ Privately Held Corp. ☐ Association ☐ Partnership ☐ Limited Liability Partnership ☐ Limited Liability Company ☐ Other

10. Name of All Owner(s), Partners, Corporate Officers, Members, etc. Attach additional sheets if necessary. (If individual ownership, list only one owner.)

| Owner, Partner, Officer, Member, etc. (Last, First, MI) | Residence Address (Street) | SSN | Date of Birth |
|---|---|---|---|
| ANDRA ALLEN | 3883 RUSKIN LV NV 89147 | 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 | 8-10-62 |
| Title: OWNER | Percent Owned: All | City, State, Zip | Res. Phone: 274-7079 |

11. **Date Business Started in Nevada:** 12-1-02

12. PLEASE CHECK ALL THAT APPLY
☒ Wholesale

13. **Describe the Nature of Your Business in Detail. Include Type of Product Sold, Labor Performed and/or Services Rendered.**
SALEING DIAMONDS WHOLSALE TO OTHER WHOLESALERS

14. IF YOU HAVE ACQUIRED A NEVADA BUSINESS OR CHANGED OWNERSHIP, PLEASE COMPLETE THIS SECTION

15. I am applying for: ☐ Unemployment Insurance (Employment Security) ☐ State Business License ☐ State Sales/Use Tax Permit ☐ Local Business License — A copy must be sent to each agency

16. ** Do not sign until reading signature instructions. If the Business is a general partnership or joint venture, more than one signature is required.
I CERTIFY THE INFORMATION PROVIDED IN THIS REGISTRATION FORM IS TRUE, CORRECT AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND BELIEF

ORIGINAL—KEEP FOR YOUR RECORDS    APP-01.00 Revised 1-23-01

EXHIBIT C

RATE SCHEDULE(S) AVAILABLE UPON REQUEST
GAS SERVICE INFORMATION - RETAIN FOR YOUR RECORDS

For service, bill inquiries, or assistance, call
**Phone: (800) 700-2443**
**Gas leaks: (800) 959-5325**
www.txgas.com
**Texas Gas Service**
5613 Avenue F
Austin, TX 78751

Worried about winter heating costs?  Sign up for the ABC plan today!

Page 1 of 1

| Amount Due | |
|---|---|
| **Current Charges Due** | |
| Amount Due After Due Date | |
| Account Number | |
| Rate | AUST O/S RES |
| Active Deposit | NONE | Statement Date | 11-27-06 |

AUSTIN, TX 78732-2401

Previous Balance
Balance Forward

Customer Charge
Delivery Charge
Cost Of Gas
Relocation Cost Recovery
Current Charges

**Total Amount Due**

| Meter or Station Number | Service Period From | To | Number of Days | Meter Readings Previous | Present | Constant | Ccf Billed | WNA/ Ccf | Cost of Gas/Ccf |
|---|---|---|---|---|---|---|---|---|---|
| 026H318812 | 10-14-06 | 11-13-06 | 30 | 11 | 37 | 1.0000 | 26.000 | | $0.9221300 |



ANDRA MR ALLEN

AUSTIN, TX 78732

Statement Date: 12/05/2006
Date Due: 12/27/2006

We appreciate your business.

**PowerLink Number: 00171692**

| Account Number | Previous Balance | Payments | Adjustments | Current Activity | New Balance |
|---|---|---|---|---|---|
| 5505069-4 | | | | | |

Your New Balance is made up of your Previous Balance, Payments, Adjustments and Current Activity.

**Current Activity**

Electric ..................................................................................................................

TOTAL CURRENT ACTIVITY ..................................................................................

**Questions?** For questions about this BILL, call the City of Austin Utility Customer Service: 512-494-9400 or toll free at 1-888-340-6465 or 512-477-3663 TDD. Se Habla Español.

To report an electrical OUTAGE, call 512-322-9100 and enter your PowerLink number.

For 24-hour Water & Wastewater EMERGENCY ASSISTANCE, call 512-972-1000 or 512-972-1298 TDD.

To see your utility bills or make payments online, go to www.coautilities.com. For other City of Austin information, go to www.ci.austin.tx.us.

**Read Dates** ▶ Next meter read date will be on or about 12-29-06.

**Street Services** ▶ If you are over 65 or do not drive/own a vehicle or this property is vacant, you may qualify for an exemption to the Transportation User Fee.

**CAP** ▶ Customer Assistance Program (formerly Plus+1) - To those of you that can, please donate $2, $3, or any amount to help your neighbors in need with their utility bill payment(s).