```
Timothy P. Dillon, Esq. (SBN 190839)
Nadya Y. Spivack, Esq. (SBN 222595)
Dillon & Gerardi, APC
4660 La Jolla Village Drive
Suite 775
San Diego, CA 92122
Telephone: (858) 587-1800
Facsimile: (858) 587-2587
```

Attorneys for Defendants, Andra Leonard Allen and Forever Diamonds

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE E. LA | Case No.: 08 CV 0532WQH WMc |
| v. | **CERTIFICATE OF SERVICE** |
| ANDRA LEONARD ALLEN;<br>FOREVER DIAMONDS, a business entity of unknown origin, and DOES 1 though 50, inclusive | DATE: JUNE 16, 2008<br>TIME: 11:00 AM<br>DEPT: 4<br>JUDGE: Hon. William Q. Hayes<br><br>COMPLAINT FILED: March 21, 2008<br>TRIAL: none set<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I, Natalie N. Freitas, declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the above-entitled action. My business address is 4660 La Jolla Village Drive, Suite 775, San Diego, CA 92122.

On May 9, 2008, I served the following documents:

**1. NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VENUE OR IN THE ALTERNATIVE TO TRANSFER VENUE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE**
[Fed. Rules of Civ. Proc. 12(b)(2); 12(b)(3); 12(b)(6); and 12(f); 28 U.S.C. §§1404 and 1406]

**2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VENUE OR IN THE ALTERNATIVE TO TRANSFER VENUE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE**
[Fed. Rules of Civ. Proc. 12(b)(2); 12(b)(3); 12(b)(6); and 12(f); 28 U.S.C. §§1404 and 1406]

**3. DECLARATION OF ANDRA ALLEN IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE; MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE**
[Fed. Rules of Civ. Proc. 12(b)(2); 12(b)(3); 12(b)(6); and 12(f); 28 U.S.C. §§1404 and 1406]

**4. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE; MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE**
[Fed. Rules of Civ. Proc. 12(b)(2); 12(b)(3); 12(b)(6); and 12(f); 28 U.S.C. §§1404 and 1406]

__XX__ (BY ELECTRONIC FILING): I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's ECF system will generate an automatic e-mail of filing activity ("NEF") to the filing party and any registered users in the case. The NEF will constitute service of the document. Registration as an ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following ECF users were served:
Anna Salusky: ars@csslawllp.com

_____ (BY MAIL): I enclosed the documents in a sealed envelope or package addressed to the following persons and deposited the sealed envelope in a post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by the United States Postal Service, in San Diego, California, with the postage fully prepaid: (C.C.P. Section 1013(a); 2015.5, 415.40):

_____ (BY OVERNIGHT MAIL): I caused the above-described documents to be delivered via overnight delivery, by placing a copy in a separate OVERNIGHT MAIL mailer and attached a completed air bill, with Standard Overnight delivery requested, and caused said mailed to be deposited in the overnight mail collection box at San Diego, California:

_____ (BY PERSONAL SERVICE): I caused each such envelope to be delivered by hand to the addressee:

_____ (BY FACSIMILE): I caused such document to be served on all parties to this action via facsimile at the numbers indicated on this service list (C.C.P. Section 1012.5).

_____ (State): I declare under penalty of perjury under the laws of the State of California that the above is true and correct

__XX__ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 9, 2008 in San Diego, California.

_____
Natalie N. Freitas