# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE E. LA,<br><br>　　　　　　　　　　　　Plaintiff,<br>　　vs.<br>ANDRA LEONARD ALLEN and<br>FOREVER DIAMONDS,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 08CV532 WQH (WMc)<br><br>ORDER DENYING DEFENDANTS'<br>MOTION TO DISMISS AS MOOT |

HAYES, Judge:

On March 21, 2008, Plaintiff Grace E. La filed the Complaint in this matter against Defendants Andra Leonard Allen and Forever Diamonds. (Doc. # 1). On May 9, 2008, Defendants filed a motion to dismiss for failure to state a claim upon which relief can be granted and for lack of personal jurisdiction. (Doc. # 5). On May 30, 2008, Plaintiff filed a First Amended Complaint. (Doc. # 6).

## DISCUSSION & ORDER

FED. R. CIV. P. 15(a) provides in pertinent part that,

> (1) *Amending as a Matter of Course*. A party may amend its pleading once as a matter of course:
>
>> (A) before being served with a responsive pleading; or
>>
>> (B) within 20 days after serving the pleading if a responsive pleading is not allowed and the action is not yet on the trial calendar.

In the context of FED. R. CIV. P. 15(a)(1)(A), a motion to dismiss is not a responsive pleading. *See*

1    *Shaver v. Operating Engineers Local 428 Pension Trust Fund*, 332 F.3d 1198, 1201 (9th Cir. 2003);

2    *Morrison v. Mahoney*, 339 F.3d 1042, 1046 (9th Cir. 2005).

3       Plaintiff filed the Complaint in this matter on March 21, 2008, and after that time no Defendant

4    filed a responsive pleading.  In light of those facts, the Court finds that Plaintiff had the "absolute

5    right" to file a First Amended Complaint on May 30, 2008.  *Shaver*, 332 F.3d at 1201; *see also* (Doc.

6    # 6).  The Court concludes that Defendants filed the pending motion to dismiss (Doc. # 5) before

7    Plaintiff filed the First Amended Complaint, and that the motion to dismiss is now moot in light of the

8    First Amended Complaint.  Accordingly, Defendants' motion to dismiss is DENIED as moot and

9    without prejudice.

10       **IT IS SO ORDERED**.

11    DATED:  June 17, 2008

12

                                 **WILLIAM Q. HAYES**

13                               United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              08CV532 WQH (WMc)