Timothy P. Dillon, Esq. (SBN 190839)
Nadya Y. Spivack, Esq. (SBN 222595)
Dillon & Gerardi, APC
4660 La Jolla Village Drive
Suite 775
San Diego, CA 92122
Telephone: (858) 587-1800
Facsimile: (858) 587-2587

Attorneys for Defendants, Andra Leonard Allen and Forever Diamonds

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE E. LA<br><br>v.<br><br>ANDRA LEONARD ALLEN;<br>FOREVER DIAMONDS, a business entity of unknown origin, and DOES 1 though 50, inclusive | **Case No.:  08 CV 0532WQH WMc**<br><br>**NOTICE OF MOTION TO DISMISS FOR LACK OF VENUE OR IN THE ALTERNATIVE TO TRANSFER VENUE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE**<br>**[Fed. Rules of Civ. Proc. 12(b)(3); 12(b)(6); 28 U.S.C. §§1404 and 1406]**<br><br>DATE:  August 11, 2008<br>TIME:  11:00 AM<br>DEPT: 4<br>JUDGE: Hon. William Q. Hayes<br><br>COMPLAINT FILED: March 21, 2008<br>TRIAL: none set<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT ON August 11, 2008, at 11:00 A.M., or as soon thereafter as counsel may be heard by the above-entitled Court, in the Courtroom of Judge William Q. Hayes, Defendants, Andra Allen ("Allen") and Forever Diamonds ("Forever Diamonds"), will move

the Court for a Motion to Dismiss Lack of Venue or in the Alternative, a Motion to Transfer Venue; and a Motion to Dismiss for Failure to State a Claim.  Defendants, Allen and Forever Diamonds, will also move the Court for their costs. These Motions are brought on the following grounds that:

- Venue in the Southern District of California is improper and Plaintiff's First Amended Complaint should be dismissed or alternatively that the Court transfer Plaintiff's First Amended Complaint to United States District Court of Nevada – Las Vegas;

- That Plaintiff Fails to State a Claim as to the Following Causes of Action:

  o First Cause of Action for Securities Fraud

  o Third Cause of Action for Account Stated

  o Fourth Cause of Action for Intentional Misrepresentation

  o Sixth Cause of Action for Securities Transactions in Violation of California Corporation Code §25000 et seq.

  o Seventh Causes of Action for Recession of Sale of Security

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Andra Allen, the Request for Judicial Notice, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of hearing.

Dated: June 19, 2008                                    Respectfully Submitted,


s/Timothy P. Dillon
Attorneys for Defendants,
Andra Leonard Allen and
Forever Diamonds
E-mail: tdillon@dillongerardi.com

NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VENUE OR IN THE ALTERNATIVE TO TRANSFER VENUE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE