**EXHIBITS TO DECLARATION OF ANDRA ALLEN IN SUPPORT OF MOTION TO DISMISS FOR LACK OF AND VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE; AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**
[Fed. Rules of Civ. Proc. 12(b)(3); 12(b)(6); 28 U.S.C. §§1404 and 1406]

## TABLE OF CONTENTS

| EXHIBIT | DOCUMENT | PAGE |
|---|---|---|
| A | A true and correct copy of my redacted 1040, containing a Schedule C, supporting the fact that Forever Diamonds is my sole proprietorship | 1-2 |
| B | A true and correct copy of my fictitious business name filing for Nevada. | 3-5 |
| C | Are true and correct redacted copies of my energy bills | 6-8 |

i        08cv0532WQH WMc

EXHIBITS TO DECLARATION OF ANDRA ALLEN IN SUPPORT OF MOTION TO DISMISS FOR LACK OF AND VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE; AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
[Fed. Rules of Civ. Proc. 12(b)(3); 12(b)(6); 28 U.S.C. §§1404 and 1406]

EXHIBIT A

SCHEDULE C
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business**
(Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074
20**04**
Attachment
Sequence No. 09

| | | |
|---|---|---|
| Name of proprietor<br>ANDRA L ALLEN | Social security number (SSN)<br>[redacted] | |
| A  Principal business or profession, including product or service (see page C-2 of the instructions)<br>DIAMOND SALES : DIAMOND JEWELRY | B  Enter code from pages C-7, 8, & 9<br>▶ 448310 | |
| C  Business name. If no separate business name, leave blank.<br>FOREVER DIAMONDS | D  Employer ID number (EIN), if any | |

E  Business address (including suite or room no.) ▶ 7500 W LAKE MEAD DRIVE
    City, town or post office, state, and ZIP code    LAS VEGAS, NV 89128
F  Accounting method:      (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶
G  Did you "materially participate" in the operation of this business during 2004? If "No," see page C-3 for limit on losses    [X] Yes [ ] No
H  If you started or acquired this business during 2004, check here   ▶ [ ]

### Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here   ▶ [ ] | 1 | [redacted] |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | Gross income. Add lines 5 and 6   ▶ | 7 | [redacted] |

### Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 Pension and profit-sharing plans | 19 | |
| 9 | Car and truck expenses (see page C-3) | 9 | | 20 Rent or lease (see page C-5):<br>a Vehicles, machinery, and equipment | 20a | |
| 10 | Commissions and fees | 10 | | b Other business property | 20b | |
| 11 | Contract labor (see page C-4) | 11 | | 21 Repairs and maintenance | 21 | |
| 12 | Depletion | 12 | | 22 Supplies (not included in Part III) | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 23 Taxes and licenses<br>24 Travel, meals, and entertainment:<br>a Travel | 23<br><br>24a | [redacted] |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Meals and entertainment<br>c Enter nondeductible amount included on line 24b (see page C-5) | | |
| 15 | Insurance (other than health) | 15 | [redacted] | | | |
| 16 | Interest:<br>a Mortgage (paid to banks, etc.) | 16a | | | | |
| b | Other | 16b | | d Subtract line 24c from line 24b | 24d | [redacted] |
| 17 | Legal and professional services | 17 | | 25 Utilities | 25 | |
| | | | | 26 Wages (less employment credits) | 26 | |
| 18 | Office expense | 18 | | 27 Other expenses (from line 48 on page 2) | 27 | [redacted] |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | 28 | [redacted] |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | 29 | [redacted] |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you must go to line 32. | | | | 31 | [redacted] |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6).<br>• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you must attach Form 6198. | | | | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

KBA   For Paperwork Reduction Act Notice, see Form 1040 Instructions.                          Schedule C (Form 1040) 2004

1040-Sch C (2004)           FDC-1V 1.9
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

EXHIBIT B

FROM : FOREVERDIAMONDS          FAX NO. : 7022747079          May. 08 2008 10:22AM P4

# Certificate of Business: Fictitious Firm Name

Please Select One:
- [ ] New Application
- [X] Renewal of existing fictitious firm name

FILED

**Please Print or Type**

2007 OCT 30 P 2:53

The expiration date for such certificates shall be the last day of the sixtieth month from the date of filing.

The undersigned do/does hereby certify that __ANDRÁ ALLEN__
(Name of individual, corporation, partnership or trust)

with mailing address of __7500 W. LAKE MEAD BLVD STE III, LAS VEGAS NV__, __89128__
(Mailing Address for notification of renewal) (Street) (City) (State) (Zip)

is/are conducting business in Clark County, Nevada, under the fictitious name of

__FOREVER DIAMONDS__
(Fictitious Firm Name) or (Doing Business As)

and that said firm is composed of the following person(s) whose name(s) and address(es) are as follows:

By signing below I do solemnly swear (or affirm), under penalty of perjury, that all statements made in this document are true.

(1) __ANDRÁ ALLEN, PRESIDENT__    _[signature]_    __10/25/07__
Full Name and title (Type or Print)    Signature    Date

__7500 W. LAKE MEAD BLVD SUITE III, LAS VEGAS, NV 89128__
Street Address of Business or Residence    City, State, Zip

_____    _____
Mailing Address, if different from above    City, State, Zip

(2) _____    _____    _____
Full Name and title (Type or Print)    Signature    Date

_____    _____
Street Address of Business or Residence    City, State, Zip

_____    _____
Mailing Address, if different from above    City, State, Zip

(3) _____    _____    _____
Full Name and title (Type or Print)    Signature    Date

_____    _____
Street Address of Business or Residence    City, State, Zip

_____    _____
Mailing Address, if different from above    City, State, Zip

(4) _____    _____    _____
Full Name and title (Type or Print)    Signature    Date

_____    _____
Street Address of Business or Residence    City, State, Zip

_____    _____
Mailing Address, if different from above    City, State, Zip

Mail to: Shirley B. Parraguirre, County Clerk, Attn: FFN, P.O. Box 551604, Las Vegas NV 89155-1604
Include: Filing Fee of $20.00, 2 copies and self-addressed stamped envelope

111706

# NEVADA BUSINESS REGISTRATION

Please read instructions before completing this form. Information on this form must be printed or typed. Please understand that each agency may request additional information particular to the needs of your business in order to act on your application. The completion of this form does not relieve you of any statutory or regulatory requirements relating to your business.

1. ☐ New Business  ☐ Change in Ownership  ☐ Change in Location  ☐ Change in Name  ☐ Change in Corporate Officers  ☐ Change in Mail Address  ☐ Other

2. Corporate Name: _____   Corporate Telephone: ( )
3. Federal Tax Identification Number: _____
4. Corporate Address: _____   State of Incorporation: _____

5. Doing Business in Nevada as: **FOREVER DIAMONDS**
   Business Telephone: (702) 378-4367
   Cellular Telephone: (702) 274-7079
   Fax: ( )

6. Mailing Address: **7500 W LAKE MEAD ST 111  LV NV 89128**

7. Location(s) of Business Operations: **SAA**

8. Location of Business Records: **7500 W LAKE MEAD ST 111  LV NV 89128**
   Telephone #: **(702) 274-7079**

9. Type of Business Entity: ☒ Sole Proprietor ☐ S Corp ☐ Publicly Traded Corp ☐ Privately Held Corp ☐ Association ☐ Partnership ☐ Limited Liability Partnership ☐ Limited Liability Company ☐ Other

10. Name of All Owner(s), Partners, Corporate Officers, Members, etc. Attach additional sheets if necessary. (If individual ownership, list only one owner.)

    Owner: **ANDRA ALLEN**
    Residence Address: **3883 RUSKIN  LV NV 89147**
    SSN: **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**
    Date of Birth: **8-10-62**
    Title: **OWNER**   Percent Owned: **All**
    Res. Phone: **274-7079**

Responsible Local Contact: [redacted]   Residence Address: **LV NV 89147**   SSN: ?

11. Date Business Started in Nevada: **12-1-02**

12. PLEASE CHECK ALL THAT APPLY
    ☐ Mining ☐ Domestics ☐ Outside Dining ☐ Water Appropriation ☐ Adult Materials/Activity ☐ Supply/Use Temporary Workers
    ☐ Service ☐ Agriculture ☐ Home Occupation ☐ Hazardous Material ☐ Amusement Machines ☐ Alcohol
    ☐ Tobacco ☐ Manufacturing ☐ Retail Sales–New ☐ Construction/Erection ☐ Leased or Leasing Employees ☐ Gaming
    ☐ Delivery ☐ Transportation ☐ Retail Sales–Used ☐ Telephone Solicitation ☐ Leasing (Other than Employees) ☐ Other
    ☒ Wholesale ☐ Not for Profit ☐ Live Entertainment ☐ Environmental Discharge ☐ Regulated by Federal/State Permit #____

13. Describe the Nature of Your Business in Detail. Include Type of Product Sold, Labor Performed and/or Services Rendered.
    **SALEING DIAMONDS WHOLSALE TO OTHER WHOLESALERS**

14. IF YOU HAVE ACQUIRED A NEVADA BUSINESS OR CHANGED OWNERSHIP, PLEASE COMPLETE THIS SECTION:
    Date Acquired: ___  Acquired by: ☐ Purchase ☐ Lease ☐ Other  ☐ In Whole ☐ In Part
    Name(s) of Previous Owner(s): ___   Business Name and ESD Account Number of Previous Owner(s): ___
    Address (Street): ___  City: ___  State: ___  Zip Code: ___
    If you have had a sales/use tax permit number before, please enter it here: ___

15. I am applying for: ☐ Unemployment Insurance (Employment Security) ☐ State Business License ☐ State Sales/Use Tax Permit ☐ Local Business License
    A copy must be sent to each agency

16. Do not sign until reading signature instructions. If the business is a general partnership or joint venture, more than one signature is required.
    I CERTIFY THE INFORMATION PROVIDED IN THIS REGISTRATION FORM IS TRUE, CORRECT AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND BELIEF.
    Signature / Original: ___   Print Name & Title: ___   Date: ___
    Signature / Original: ___   Print Name & Title: ___   Date: ___

ORIGINAL—KEEP FOR YOUR RECORDS                         APP-01.00 Revised 1-23-01

EXHIBIT C

RATE SCHEDULE(S) AVAILABLE UPON REQUEST
GAS SERVICE INFORMATION - RETAIN FOR YOUR RECORDS

For service, bill inquiries, or assistance, call
**Phone: (800) 700-2443**
**Gas leaks: (800) 959-5325**
www.txgas.com
**Texas Gas Service**
5613 Avenue F
Austin, TX 78751

Worried about winter heating costs?  Sign up for the ABC plan today!

Page 1 of 1

| Amount Due | | |
|---|---|---|
| Current Charges Due | | |
| Amount Due After Due Date | | |
| Account Number | | |
| Rate | AUST O/S RES | |
| Active Deposit | NONE | Statement Date  11-27-06 |



AUSTIN, TX 78732-2401

Previous Balance
Balance Forward

Customer Charge
Delivery Charge
Cost Of Gas
Relocation Cost Recovery
Current Charges

**Total Amount Due**

| Meter or Station Number | Service Period From | To | Number of Days | Meter Readings Previous | Present | Constant | Ccf Billed | WNA/ Ccf | Cost of Gas/Ccf |
|---|---|---|---|---|---|---|---|---|---|
| 026H318812 | 10-14-06 | 11-13-06 | 30 | 11 | 37 | 1.0000 | 26.000 | | $0.9221300 |



ANDRA MR ALLEN

AUSTIN, TX 78732

Statement Date: 12/05/2006
Date Due: 12/27/2006

*We appreciate your business.*

**PowerLink Number: 00171692**

| Account Number | Previous Balance | Payments | Adjustments | Current Activity | New Balance |
|---|---|---|---|---|---|
| 5505069-4 | | | | | |

Your New Balance is made up of your Previous Balance, Payments, Adjustments and Current Activity.

**Current Activity**

Electric ..............................................................................................................................

TOTAL CURRENT ACTIVITY .....................................................................................

**Questions?** For questions about this BILL, call the City of Austin Utility Customer Service: 512-494-9400 or toll free at 1-888-340-6465 or 512-477-3663 TDD. Se Habla Español.
To report an electrical OUTAGE, call 512-322-9100 and enter your PowerLink number.
For 24-hour Water & Wastewater EMERGENCY ASSISTANCE, call 512-972-1000 or 512-972-1298 TDD.
To see your utility bills or make payments online, go to www.coautilities.com. For other City of Austin information, go to www.ci.austin.tx.us.

**Read Dates** ▶ Next meter read date will be on or about 12-29-06.

**Street Services** ▶ If you are over 65 or do not drive/own a vehicle or this property is vacant, you may qualify for an exemption to the Transportation User Fee.

**CAP** ▶ Customer Assistance Program (formerly Plus+1) - To those of you that can, please donate $2, $3, or any amount to help your neighbors in need with their utility bill payment(s).