**TABLE OF CONTENTS**

    Page

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

I.    INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II.    STANDARD OF REVIEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    A.    Standard of Review for Motion for Change of Venue Pursuant to Federal Rule of Civil Procedure, Rule 12(b)(3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    B.    Standard of Review for Motion to Dismiss Pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6) . . . . . . . . . . . . . 2

III.    STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

IV.    LEGAL DISCUSSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

    A.    Venue is Proper . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

        i.    Standard of Law for Venue Selection . . . . . . . . . . . . . . . . 8

        ii.    Special Venue Rules Under Securities Exchange Act of 1934 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

    B.    In the Event that the Court Finds that Venue is Improper, Plaintiff Respectfully Requests Transfer to an Alternative Venue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

        i.    Venue is Proper in the Northern District of California . . 10

        ii    This Case Should Not Be Transferred to the Western District of Texas or the District of Nevada . . . . 11

    C.    Plaintiff States a Cause of Action Against Defendants . . . . . . . . 11

        i.    Plaintiff States a Cause of Action for Securities Fraud Under Federal and State Law . . . . . . . . . . . . . . . . 12

        ii.    Plaintiff States a Cause of Action for Account Stated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

|   |   |   |   |
|---|---|---|---|
| | | iii. | Plaintiff States a Cause of Action for Misrepresentation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15 |
| V. | CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18 | | |

# TABLE OF AUTHORITIES

**Cases**

Page

Abrams Shell v. Shell Oil Company
    (CD Cal 2001) 165 F Supp.2d 1096, 1103 .......................... 10

Aluminal Industries, Inc. v Newtown Commercial Associates
    (1980, SD NY) 89 FRD 326 ....................................... 10

American Home Assurance Co. v. TGL Container Lines, Ltd.
    (ND Cal 2004) 347 F Supp2d 749 .................................. 2

Anderson v. Liberty Lobby, Inc.
    (1986) S.Ct. 2505, 2510 ........................................ 15

Argueta v. Banco Mexicano, S.A.
    (9th Cir 1996) 87 F3d 320, 324 .................................. 2

Balistreri v. Pacifica Police Department,
    (9th Cir. 1990) 901 F.2d 696, 699 ........................... 3, 12

Broam v. Bogan
    (9th Cir 2003) 320 F.3d 1023, 1028 .............................. 3

Cleveland v. Policy Management Systems Corporation
    (1999) S. Ct. 1597, 1603 ....................................... 15

Concha v. London
    (9th Cir. 1995) 62 F.3d 1493, 1500 .......................... 12, 15

Conley v. Gibson,
    (1957) 355 U.S. 41, 45-46 ...................................... 12

DiLeo v. Ernst & Young
    (7th Cir. Ill. 1990) 901 F.2d 624. ............................. 16

Folsom v Continental Illinois Nat'l Bank & Trust Co.
    (1986, ND Ill) 633 F Supp 178 .................................. 16

Gallardo v. DiCarlo
    (CD Cal 2002) 203 F Supp2d 1160, 1164-1165 ...................... 3

**Cases Continued**

Page

Gilligan v. Jamco Dev. Corp.
    (9th Cir 1997) 108 F3d 246, 249 ............................... 3

Guerrero v. Gates
    (9th Cir 2004) 357 F3d 911, 916 ............................... 3

Holden v. Hagopian
    (9th Cir. 1992) 978 F. 2d 1115, 1118 ........................ 12

In re: Suprema Specialties, Inc. Securities Litigaiton
    438 F.3d 256 (2006) ........................................ 16

Johnson v. Payless Drug Stores NW, Inc.
    (9th Cir 1991) 950 F2d 586, 588 .............................. 10

Lee v. City of Los Angeles
    (9th Cir 2001) 250 F3d 668, 688 ............................... 3

Moore v. City of Costa Mesa,
    (9th Cir. 1989) 886 F.2d 260, 262 ............................ 12

Murphy v. Schneider Nat'l, Inc.
    (9th Cir 2004) 362 F.3d 1133, 1138 ........................... 2

Meyers v. Bennett Law Offices
    (9th Cir. 2001) 238 F.3d 1068, 1075-1076 ..................... 8

Neilson v. Union Bank of Cal., N.A.
    (CD Cal 2003) 290 F Supp2d 1101, 1151 ........................ 3

Newton v. Thomason
    (9th Cir 1994) 22 F3d 1455, 1463-1464 ........................ 8

Perry v. Schwartz
    (1963) 219 Cal. App. 2d 825, 829 ............................. 14

Raber v. Osprey Alaska, Inc.
    (1999, MD Fla) 187 FRD 675, 677 ........................... 2, 17

Radical Products, Inc. v. Sundays Distribution,
    (WD Wash 1992) 821 F Supp 648, 650 ........................... 8

**Cases Continued**

Page

Rickman v. Precisionaire, Inc.
    (1995, MD Fla) 902 F. Supp. 232, 233 .......................... 2

Rosengarten v. Buckley
    (1982, DC Md) 565 F. Supp. 193, 196 ...................... 16, 18

Swartz v. KPMG LLP
    (9th Cir. 2007) 476 F.3d 756, 763 ............................ 12

Swedberg v. Marotzke
    (9th Cir 2003) 339 F3d 1139, 1146 ........................... 4

Trafton v. Youngblood
    (1968) 69 Cal. 2d 17, 25 .................................... 14

Truestone, Inc. v. Simi West Industrial Park II
    (1984) 163 Cal. App. 3d 715, 725 ............................ 14

United States v. Redwood City,
    (9th Cir. 1981) 640 F. 2d 963, 966 ........................... 11

Wan v. Commercial Recovery Systems, Inc.
    (ND Cal 2005) 369 F. Supp.2d 1158, 1161 ..................... 3

Withers v. Matthews
    (1961) 192 Cal. App. 2d 139, 141 ............................ 14

**Statutes**

15 U.S.C. § 77a, subd. (a)(1) ..................................... 13

15 U.S.C. § 78v ................................................... 9

15 U.S.C. § 78aa .................................................. 9

15 U.S.C. § 77l .............................................. 12, 14

28 U.S.C. § 1406(a) ............................................... 1

28 U.S.C. § 1332 .................................................. 4

28 U.S.C. § 1367 .................................................. 4

28 U.S.C. § 1391(a)(2) ............................................ 5

28 U.S.C. § 1391(b)(1) ............................................ 8

28 U.S.C. § 1391(b)(2) ......................................... 5, 8

| 1 | |
|---|---|
| | **Statutes Continued** |

| | Page |
|---|---|
| 28 U.S.C. § 1391(b)(3) | 8 |
| 28 U.S.C. § 1406(a) | 10 |
| Corporations Code §§ 25401 through 25404 | 14 |
| Federal Rule of Civil Procedure, Rule 8 | 16 |
| Federal Rule of Civil Procedure, Rule 9(b) | 17 |
| Federal Rule of Civil Procedure, Rule12(b)(3) | 1, 2 |
| Federal Rule of Civil Procedure, Rule 12(b)(6) | 1, 2, 3, 4, 11, 12, 16 |
| Federal Rule of Civil Procedure, Rule 56 | 4 |
| Securities Act of 1933 | 4, 14 |
| Securities Exchange Act of 1934 | 4, 9 |