1  Charles B. Christensen, Esq. (SBN 56728)
   Sean D. Schwerdtfeger, Esq. (SBN 179521)
2  Anna R. Salusky, Esq. (SBN 222484)
   CHRISTENSEN SCHWERDTFEGER & SPATH LLP
3  550 West "C" Street, Suite 1660
   San Diego, CA  92101
4  Tel.:   (619) 236-9343
   Fax:   (619) 236-8307
5
   Attorneys for Plaintiff GRACE E. LA
6

7

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10
   GRACE E. LA,                                 )  CASE NO. 08 CV 0532WQH WMc
11                                              )
              Plaintiff,                        )  DECLARATION OF CHARLES B.
12                                              )  CHRISTENSEN IN SUPPORT OF
       v.                                       )  OPPOSITION TO MOTION TO
13                                              )  DISMISS FOR LACK OF VENUE
   ANDRÁ LEONARD ALLEN; and FOREVER             )  OR IN THE ALTERNATIVE TO
14 DIAMONDS, a business entity of unknown origin,)  TRANSFER VENUE AND
   inclusive,                                   )  MOTION TO DISMISS FOR
15                                              )  FAILURE TO STATE A CLAIM
              Defendants.                       )
16                                              )  Date:  August 11, 2008
                                                )  Time:  11:00 a.m.
17                                              )  Judge: Hon. William Q. Hayes
   _____ )  Dept.: 4
18

19     1.   I am an attorney duly licensed to practice law before all courts of the State of

20 California. I am further the senior partner in the law firm of Christensen Schwerdtfeger & Spath

21 LLP, attorneys of record for Plaintiff Grace E. La. I have been actively engaged in the litigation of

22 the above-captioned lawsuit. I, therefore, have personal knowledge of the following, so that if called

23 and sworn as a witness, I could and would testify competently thereto.

24     2.   On or about December 7, 2007, I sent via U.S. Mail, Certified Mail, Return Receipt

25 Requested and e-mail, a letter to Mr. Allen, demanding repayment of One Hundred Eighty One

26 Thousand and No/100 Dollars ($181,000.00), representing the money that Ms. La gave to Mr. Allen

27 for the purpose of investing in Forever Diamonds and certificates of deposit, as well as a personal

28 loan to Mr. Allen.

3. Thereafter, Mr. Allen contacted me via telephone at my office in San Diego, California, to inform me that he would not be returning any portion of monies that Ms. La forwarded to him. In addition, Mr. Allen refused to provide an accounting of the monies.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of July, 2008 in the City of San Diego, State of California.

_____
Charles B. Christensen

2

Declaration of Charles B. Christensen in Support of Opposition to Motion to Dismiss for Lack of Venue or in the Alternative To Transfer Venue and Motion to Dismiss for Failure to State a Claim