**GRACE LA v. ANDRÁ LEONARD ALLEN; and FOREVER DIAMONDS, et al.**
**Case No. 08 CV 0532WQH WMc**

**PROOF OF SERVICE BY FAX, MAIL, PERSON, ELECTRONIC TRANSMISSION**

I am employed by CHRISTENSEN SCHWERDTFEGER & SPATH LLP which is in the County of San Diego, State of California. I am over 18 and not a party to the within action. My business address is 550 West "C" Street, Suite 1660, San Diego, California 92101.

On **July 28, 2008**, I served the foregoing document(s) described as:

1. **MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS FOR LACK OF VENUE OR IN THE ALTERNATIVE TO TRANSFER VENUE AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM;**
2. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FOR LACK OF VENUE OR IN THE ALTERNATIVE TO TRANSFER VENUE AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM;**
3. **OBJECTIONS TO EVIDENCE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FOR LACK OF VENUE OR IN THE ALTERNATIVE TO TRANSFER VENUE AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM;**
4. **DECLARATION OF CHARLES B. CHRISTENSEN IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FOR LACK OF VENUE OR IN THE ALTERNATIVE TO TRANSFER VENUE AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM; AND**
5. **DECLARATION OF GRACE E. LA IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FOR LACK OF VENUE OR IN THE ALTERNATIVE TO TRANSFER VENUE AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM;**

on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Timothy P. Dillon, Esq.
Dillon & Gerardi APC
4660 La Jolla Village Drive, Suite 775
San Diego, CA, 92122
tdillon@dillongerardi.com
(*Counsel for Defendants FOREVER DIAMONDS and ANDRÁ ALLEN*)

**XXX**   ELECTRONIC   I caused to be served through the electronic filing procedures used on the CM/ECF system, in compliance with the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 28, 2008

*/s/ Anna R. Salusky*
Anna R. Salusky