Timothy P. Dillon, Esq. (SBN 190839)
Nadya Y. Spivack, Esq. (SBN 222595)
Dillon & Gerardi, APC
4660 La Jolla Village Drive
Suite 775
San Diego, CA 92122
Telephone: (858) 587-1800
Facsimile: (858) 587-2587

Attorneys for Defendants, Andra Allen and Forever Diamonds

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE E. LA, | Case No.: 08 CV 0532WQH WMc |
| Plaintiff, | **EVIDENTIARY OBJECTIONS TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| ANDRA LEONARD ALLEN; FOREVER DIAMONDS, a business entity of unknown origin, and DOES 1 through 50, inclusive, | DATE: August 11, 2008
TIME: 11:00 A.M.
DEPT: 4
JUDGE: Honorable William Q. Hayes |
| Defendants. | |

Defendant, Andra Allen dba Forever Diamonds ("Defendant", hereby objects to the evidence proffered by Plaintiff Grace La ("Plaintiff") in support of her opposition to Defendants' Motion to Dismiss.

**I.**

## DEFENDANT OBJECTS TO CERTAIN STATEMENTS IN THE DECLARATION OF GRACE LA

In a 12(b)(6) hearing, the Court cannot consider material beyond the scope of the pleadings. Since Plaintiff's declaration is used for the basis of asserting the definition of securities, the Court cannot consider the evidence presented by Plaintiff whatsoever. FRCP 12(b)(6); *Arpin v. Santa Clara Valley Transp. Agency,* 261 F.3d 912, 925 (2001). With regard to Plaintiff's particular statements, Defendant further objects as follows:

1  <u>Paragraph 2, pg. 1, lns. 23-28 – pg. 3, lns. 1-4.</u>  Plaintiff's statements are inadmissible hearsay
2  and designed to identify that Defendant was involved in the sale of a security.  FRE 802.  Plaintiff has
3  no knowledge whether Defendant was in fact selling a security and later admits that she had no idea
4  what a security was until the start of this litigation.  FRE 701 and 602.

5  <u>Paragraph 3, pg. 2, lns. 5-10.</u>  Plaintiff's statements are inadmissible hearsay.  FRE 802.
6  Improper opinion testimony; Lacks foundation. FRE 701 and 602.

7  <u>Paragraph 4, pg. 2, lns, 11-15:</u>  Plaintiff's statements are inadmissible hearsay.  FRE 802.
8  Improper opinion testimony; Lacks foundation. FRE 701 and 602.

9  <u>Paragraph 5, pg. 2, lns. 16-21.</u>  Plaintiff's statements are inadmissible hearsay.  FRE 802.
10  Improper opinion testimony; Lacks foundation. FRE 701 and 602.

11  <u>Paragraph 6, pg, 2, lns. 22-26.</u>  Plaintiff's statements are inadmissible hearsay.  FRE 802.
12  Improper opinion testimony; Lacks foundation. FRE 701 and 602.

13  <u>Paragraph 7, pg. 3, lns 1-3</u>. Plaintiff's statements are inadmissible hearsay.  FRE 802.  Improper
14  opinion testimony; Lacks foundation. FRE 701 and 602.

15  <u>Paragraph 8, pg. 3, lns. 4-7.</u>  Plaintiff's statements are inadmissible hearsay.  FRE 802.
16  Improper opinion testimony; Lacks foundation. FRE 701 and 602.

17  <u>Paragraph 9, pg. 3, lns. 8-13.</u>  Plaintiff's statements are inadmissible hearsay.  FRE 802.
18  Improper opinion testimony; Lacks foundation. FRE 701 and 602.

19  <u>Paragraph 12, pg. 3, lns. 24-26.</u>  Plaintiff's statements are inadmissible hearsay.  FRE 802.
20  Improper opinion testimony; Lacks foundation. FRE 701 and 602.

## II.

## **DEFENDANT OBJECTS TO CERTAIN STATEMENTS IN THE DECLARATION OF CHARLES B. CHRISTENSEN**

In a 12(b)(6) hearing, the Court cannot consider material beyond the scope of the pleadings. Since Plaintiff's declaration is used for the basis of asserting the definition of securities, the Court cannot consider the evidence presented by Plaintiff whatsoever. FRCP 12(b)(6); *Arpin v. Santa Clara Valley Transp. Agency,* 261 F.3d 912, 925 (2001).  With regard to Plaintiff's particular statements, Defendant further objects as follows:

1     <u>Paragraph 3, pg. 2, lns. 1-3.</u> Mr. Christensen's statements are inadmissible hearsay. FRE 802. Improper opinion testimony; Lacks foundation. FRE 701 and 602.

Dated: August 4, 2008                                              Respectfully Submitted,

                                                                              <u>s/Timothy P. Dillon, Esq.</u>
                                                                              E-mail: tdillon@dillongerardi.com
                                                                              Attorney for Defendants,
                                                                              Forever Diamonds