Timothy P. Dillon, Esq. (SBN 190839)
Nadya Y. Spivack, Esq. (SBN 222595)
Dillon & Gerardi, APC
4660 La Jolla Village Drive
Suite 775
San Diego, CA 92122
Telephone: (858) 587-1800
Facsimile: (858) 587-2587

Attorneys for Defendants, Andra Leonard Allen and Forever Diamonds

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACE E. LA | ) **Case No.: 08 CV 0532WQH WMc** |
| | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| ANDRA LEONARD ALLEN; FOREVER DIAMONDS, a business entity of unknown origin, and DOES 1 though 50, inclusive | ) |

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I, Timothy P. Dillon, Esq., caused the following:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the above-entitled action. My business address is 4660 La Jolla Village Drive, Suite 775, San Diego, CA 92122.

On August 4, 2008, I served the following documents:

**1. REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS;**

**2. EVIDENTIARY OBJECTIONS TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; and**

**3. REPLY TO PLAINTIFF'S EVIDENTIARY OBJECTIONS**

__XX__ (BY ELECTRONIC FILING): I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's ECF system will generate an automatic e-mail of filing activity ("NEF") to the filing party and any registered users in the case. The NEF will constitute service of the document. Registration as an ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following ECF users were served:

Anna Salusky: ars@csslawllp.com

_____ (BY MAIL): I enclosed the documents in a sealed envelope or package addressed to the following persons and deposited the sealed envelope in a post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by the United States Postal Service, in San Diego, California, with the postage fully prepaid: (C.C.P. Section 1013(a); 2015.5, 415.40):

_____ (BY OVERNIGHT MAIL): I caused the above-described documents to be delivered via overnight delivery, by placing a copy in a separate OVERNIGHT MAIL mailer and attached a completed air bill, with Standard Overnight delivery requested, and caused said mailed to be deposited in the overnight mail collection box at San Diego, California:

_____ (BY PERSONAL SERVICE): I caused each such envelope to be delivered by hand to the addressee:

_____ (BY FACSIMILE): I caused such document to be served on all parties to this action via facsimile at the numbers indicated on this service list (C.C.P. Section 1012.5).

1 _____ (State): I declare under penalty of perjury under the laws of the State of California that the above is true and correct

2

3 __XX__ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

4

5 Executed on August 4, 2008 in San Diego, California.

                s/Timothy Dillon, Esq.
                E-mail: tdillon@dillongerardi.com
                Attorneys for Defendants,
                Andra Leonard Allen
                and Forever Diamonds