Charles B. Christensen, Esq. (SBN 56728)
Heather M. Ferbert, Esq. (SBN 246759)
CHRISTENSEN & SPATH, LLP
550 West "C" Street, Suite 1660
San Diego, CA  92101
Tel. (619) 236-9343
Fax.  (619) 236-8307

Attorneys for Plaintiff GRACE E. LA

# UNITED STATE DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE E. LA, | ) CASE NO.: 08 CV 0532WQH WMc |
| Plaintiff, | ) |
| | ) |
| v. | ) **NOTICE OF FIRM NAME CHANGE** |
| | ) |
| ANDRÁ LEONARD ALLEN; and | ) |
| FOREVER DIAMONDS, a business entity | ) |
| of unknown origin, inclusive, | ) Complaint Filed: |
| | ) Judge: |
| Defendants. | ) Dept.: |
| | ) Trial Date: |

NOTICE IS HEREBY GIVEN that effective after the close of business on August 15, 2008, the law firm Christensen Schwerdtfeger & Spath, LLP has changed its name to Christensen & Spath, LLP and Charles B. Christensen and Heather M. Ferbert are the attorneys with the firm, handling this matter.

Dated: August 22, 2008

Respectfully Submitted,
CHRISTENSEN & SPATH LLP

By: _____
          Charles B. Christensen, Esq.
          Heather M. Ferbert, Esq.
          Attorneys for Plaintiff GRACE E. LA