**GRACE LA v. ANDRÁ LEONARD ALLEN; and FOREVER DIAMONDS, et al.**
**Case No. 08 CV 0532WQH WMc**

**PROOF OF SERVICE BY FAX, MAIL, PERSON, ELECTRONIC TRANSMISSION**

I am employed by CHRISTENSEN & SPATH LLP which is in the County of San Diego, State of California. I am over 18 and not a party to the within action. My business address is 550 West "C" Street, Suite 1660, San Diego, California 92101.

On **August 22, 2008**, I served the foregoing document(s) described as:

1. NOTICE OF FIRM NAME CHANGE

on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Timothy P. Dillon, Esq.
Dillon & Gerardi APC
4660 La Jolla Village Drive, Suite 775
San Diego, CA, 92122
tdillon@dillongerardi.com
(*Counsel for Defendants FOREVER DIAMONDS and ANDRÁ ALLEN*)

**XXX** ELECTRONIC   I caused to be served through the electronic filing procedures used on the CM/ECF system, in compliance with the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 22, 2008

_____
Courtney M. Renard